STATE OF MISSOURI)

                   ) SS

City of St. Louis)

## IN THE CIRCUIT COURT COUNTY OF CITY OF ST. LOUIS, STATE OF MISSOURI

I, Detective Patricia Nijkamp, DSN 6900, BEING DULY SWORN, DEPOSE and states upon information and belief, that the following to wit:

I, Detective Patricia Nijkamp, DSN 6900 depose the following to wit; I am a Police Officer with the City of St. Louis and have been so employed since February 2006. Since February of 2014 I have been assigned to the Intelligence Division where I investigate cases of Human Trafficking

On July 16th, 2015, at approximately 5:27 am, Victim B███████ M███████ 1992, contacted 911 as she had just escaped from two suspects that had been forcing her to prostitute herself. The victim gave the location of her traffickers as the Westin Hotel, 811 Spruce, Room 359. Suspects Thomas Szczerba, WM ██████ 1983 and Keisha Edwards, BF ██████ 1986 were located in Room 359 and detained as suspects.

Room #359 was rented in Keisha Edwards' name.

I conducted an interview of the victim who stated she met the suspects in Houston, TX approximately 5-6 weeks ago and reluctantly began prostituting herself and giving all proceeds to Szczerba. The victim stated both Szczerba and Edwards took photos of her and placed advertisements in the website Backpage.com in the escort section. These transactions took place in various locations in the City of St. Louis including Room 359 of the Westin Hotel, 811 Spruce Avenue.

From Houston, Texas and over the next few weeks the group traveled to Chicago, Illinois. Wisconsin and arrived in St. Louis approximately 5 days ago. During this time, Szczerba, put the victim in a constant state of fear for her safety by threatening to beat her, forcefully grabbing her face while yelling and berating her, denying her freedom of movement, having control of her cell phone, denying her requests for food until he decided she could eat and then telling her what she could eat, not allowing her to rest or sleep until she reached her daily quota of $1000 per day, and forcing her to prostitute herself while on her menstrual cycle by using a make up sponge as a feminine hygiene product.

On or about 7/13/2015, the sponge was irretrievable from her vaginal cavity and Szczerba attempted to remove it with tweezers. The victim stated she was screaming in pain so loudly that the hotel staff received a complaint. Szczerba drove her to a yet undetermined hospital where she retrieved treatment.

The victim stated there are numerous items of potential evidence located in the hotel room and vehicle used such as: cell phones, lap top computers, large amounts of

**Exhibit B**

cash, condoms, and lubricant as well as the receipts and paperwork relating to the Crime of "Trafficking for the Purpose of Sexual Exploitation."

With these facts in mind, I respectfully request that a search warrant be granted for the Westin Hotel Room #359, located in the City of St. Louis at 811 Spruce Avenue as well as the vehicle used in this crime, a Gold 2003 Mercedes having a Texas License plate of CMV7329 and a VIN #WDBNG70J83A373917 registered to suspect Edwards.

This incident will be documented in Complaint Number 15-35401.

That the basis of the affiant's information and belief is contained in the attached affidavits of witnesses to facts concerning the said matter which affidavits are made a part hereof and are submitted herewith as a basis upon which this court may find the existence of probable cause for the issuance of said warrant.

Wherefore complainant prays that a search warrant be issued as provided by law.

_____
Detective Patricia Nijkamp DSN 6900

_____
Prosecuting Attorney,
City of St. Louis, Missouri

Subscribed and sworn to before me this ___16___ day of ___July___, 2015
at ___4:10___ A.M./P.M.

_____
Judge